IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDUARDO LOPEZ, an individual,

        Plaintiff,

    v.

JUAN FLORES, et al.,

        Defendants.

1:11-CV-3096-PA

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#73) is adopted. As noted in the Report and Recommendation, defendants' motion for summary judgment is granted in part and denied in part.

IT IS SO ORDERED.

DATED this 29 day of August, 2012.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER