IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDUARDO LOPEZ, an individual,

    Plaintiff,

v.

JUAN FLORES, et al.,

    Defendants.

1:11-CV-3096-PA

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#73) is adopted. As noted in the Report and Recommendation, defendants' motion for summary judgment is granted in part and denied in part.

IT IS SO ORDERED.


DATED this  29  day of August, 2012.


*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE


2 - ORDER